# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gaughan, Patricia A. | U.S. District Court, N.D. Ohio | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | St. John Medical Center Community Board |
| 2. | Member - Board of Directors | Collaborative to End Human Trafficking |
| 3. | Executor | Estate #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap 145 of the Ohio Revised Code) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | St. Raphael Church (administration) - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Keybank National Association Savings Account | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. American Funds American Mutual Fund (AMRFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 4. | | | | | Sold (part) | 09/04/19 | J | A | |
| 5. American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 6. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 7. American Funds Washington Mutual Fund (WMFFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 8. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 9. American Funds New Perspective Fund (ANWFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 10. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 11. American Funds New World Fund (NFFFX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 12. | | | | | Sold (part) | 09/04/19 | J | | |
| 13. American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 14. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 15. American Funds Emerging Markets Bond (EBNFX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 16. Blackrock Equity Dividend Fund (MADVX) | | None | | | Sold | 03/19/19 | J | | |
| 17. Blackrock Strategic Income Opportunities Fund (BSIIX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 19. Cohen & Steers Preferred Sec & Inc Fund (CPXIX) | A | Dividend | J | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 20. | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 21. Davis Global Fund (DGFYX) | | None | | | Sold | 03/19/19 | J | | |
| 22. Dreyfus/Standish Global Fixed Income Fund (SDGIX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 23. First Eagle Overseas Fund (SGOIX) | | None | | | Sold | 03/19/19 | J | | |
| 24. Glenmede Largecap Growth (GTLLX) | | None | | | Sold | 03/19/19 | J | | |
| 25. Harding Loevner International Equity (HLMIX) | | None | | | Sold | 03/19/19 | J | A | |
| 26. Jensen Quality Growth Fund (JENIX) | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 27. JOHCM Emerging Markets Opps Fund (JOEMX) | | None | | | Sold | 03/19/19 | J | A | |
| 28. Lord Abbett Short Duration Income Fund (LDLFX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 29. Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | J | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 31. MFS Value Fund (MEIIX) | | None | | | Sold | 03/19/19 | J | A | |
| 32. Nuveen Invt NWQ Small Cap Value Fund (NSCRX) | | None | | | Sold | 03/19/19 | J | | |
| 33. Oppenheimer International Bond Fund (OIBYX) | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 34. PGIM Total Return Bond (PDBZX) | A | Dividend | J | T | Buy<br>(add'l) | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 36. | Principal Midcap Fund (PCBIX) | | None | | | Sold | 03/19/19 | J | | |
| 37. | Putnam Ultra Short Duration Income Fund (PSDYX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 38. | | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 39. | T. Rowe Price QM US Small-Cap Growth Equity Fund (PRDSX) | | None | | | Sold | 03/19/19 | J | A | |
| 40. | American Funds Growth Fund of America Fund (GFFFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 41. | | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 42. | Victory Sycamore Established Value Fund (VEVIX) | | None | | | Sold | 03/19/19 | J | | |
| 43. | | | | | | | | | | |
| 44. | IRA #2 (H) | | | | | | | | | |
| 45. | American Funds American Mutual Fund (AMRFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 46. | | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 47. | American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 48. | | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 49. | American Funds Washington Mutual Fund (WMFFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 50. | | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 51. | American Funds New Perspective Fund (ANWFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 09/04/19 | J | | |
| 53. | American Funds New World Fund (NFFFX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 54. | | | | | | Sold (part) | 09/04/19 | J | | |
| 55. | American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 56. | | | | | | Buy (add'l) | 09/04/19 | J | | |
| 57. | American Funds Emerging Markets Bond (EBNFX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 58. | Blackrock Equity Dividend Fund (MADVX) | | None | | | Sold | 03/19/19 | J | | |
| 59. | Blackrock Strategic Income Opportunities Fund (BSIIX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 60. | | | | | | Buy (add'l) | 09/04/19 | J | | |
| 61. | Cohen & Steers Preferred Sec & Inc Fund (CPXIX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 62. | | | | | | Sold (part) | 09/04/19 | J | A | |
| 63. | Davis Global Fund (DGFYX) | | None | | | Sold | 03/19/19 | J | | |
| 64. | Dreyfus/Standish Global Fixed Income Fund (SDGIX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 65. | First Eagle Overseas Fund (SGOIX) | | None | | | Sold | 03/19/19 | J | | |
| 66. | Glenmede Largecap Growth (GTLLX) | | None | | | Sold | 03/19/19 | K | | |
| 67. | Harding Loevner International Equity (HLMIX) | | None | | | Sold | 03/19/19 | J | A | |
| 68. | Jensen Quality Growth Fund (JENIX) | A | Dividend | | | Sold | 03/19/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. JOHCM Emerging Markets Opps Fund (JOEMX) | | None | | | Sold | 03/19/19 | J | A | |
| 70. Lord Abbett Short Duration Income Fund (LDLFX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 71. Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 72. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 73. MFS Value Fund (MEIIX) | | None | | | Sold | 03/19/19 | J | A | |
| 74. Nuveen Invt NWQ Small Cap Value Fund (NSCRX) | | None | | | Sold | 03/19/19 | J | | |
| 75. Oppenheimer International Bond Fund (OIBYX) | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 76. PGIM Total Return Bond (PDBZX) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 77. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 78. Principal Midcap Fund (PCBIX) | | None | | | Sold | 03/19/19 | J | | |
| 79. Putnam Ultra Short Duration Income Fund (PSDYX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 80. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 81. T. Rowe Price QM US Small-Cap Growth Equity Fund (PRDSX) | | None | | | Sold | 03/19/19 | J | A | |
| 82. American Funds Growth Fund of America Fund (GFFFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 83. | | | | | Sold (part) | 09/04/19 | J | A | |
| 84. Victory Sycamore Established Value Fund (VEVIX) | | None | | | Sold | 03/19/19 | J | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   IRA #3 (H) (X) | | | | | | | | | |
| 87.   American Funds American Mutual Fund (AMRFX) | A | Dividend | K | T | Buy | 03/19/19 | K | | |
| 88. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 89. | | | | | Sold (part) | 05/17/19 | J | A | |
| 90. | | | | | Sold (part) | 09/04/19 | J | A | |
| 91.   American Funds Washington Mutual Fund (WMFFX) | A | Dividend | K | T | Buy | 03/19/19 | K | | |
| 92. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 93. | | | | | Sold (part) | 05/17/19 | J | A | |
| 94. | | | | | Sold (part) | 09/04/19 | J | A | |
| 95.   American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 96. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 97. | | | | | Sold (part) | 05/17/19 | J | | |
| 98. | | | | | Buy | 09/04/19 | J | | |
| 99.   American Funds New Perspective Fund (ANWFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 100. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 101. | | | | | Sold (part) | 05/17/19 | J | A | |
| 102. | | | | | Buy (add'l) | 09/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. American Funds New World Fund (NFFFX) | A | Dividend | J | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 105. | | | | | Sold<br>(part) | 05/17/19 | J | | |
| 106. | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 107. American Funds Smallcap World Fund (SMCFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 109. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 110. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 111. American Funds International Growth & Income Fund (IGFFX) (X) | | None | | | Sold | 03/19/19 | J | | |
| 112. Artibritage Fund (ARBNX) (X) | | None | | | Sold | 03/19/19 | J | A | |
| 113. Blackrock Floating Rate Fund (BFRIX) (X) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 114. Blackrock Multi-Asset Income Fund (BIICX) (X) | A | Dividend | | | Sold | 03/19/19 | K | | |
| 115. Blackrock Strategic Income Opportunities Fund (BSIIX) (X) | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 117. | | | | | Sold<br>(part) | 05/17/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 119. Cohen & Steers Preferred Sec & Inc Fund (CPXIX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 121. | | | | | Sold (part) | 05/17/19 | J | A | |
| 122. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 123. Columbia Contrarian Core Fund (SMGIX) (X) | | None | | | Sold | 03/19/19 | J | A | |
| 124. Coumbia Strategic Income Fund (LSIZX) (X) | | None | | | Sold | 03/19/19 | J | | |
| 125. Janus Henderson Global Income Fund (HFQAX) (X) | | None | | | Sold | 03/19/19 | J | | |
| 126. Lord Abbett Floating Rate Fund (LFRFX) (X) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 127. Lord Abbett Short Duration Income Fund (LDLFX) (X) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 128. Metropolitan West Total Return Bond Fund (MWTIX) (X) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 129. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 130. | | | | | Sold (part) | 05/17/19 | J | A | |
| 131. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 132. PGIM Total Return Bond (PDBZX) | A | Dividend | J | T | Buy | 03/20/19 | J | | |
| 133. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 134. | | | | | Sold (part) | 05/17/19 | J | A | |
| 135. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 136. Putnam Ultra Short Duration Income Fund (PSDYX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 138. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 139. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 140. American Funds Growth Fund of America<br>Fund (GFFFX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 142. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 143. | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 144. American Funds Income Fund of America<br>Fund (AMEFX) (X) | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 145. Western Union Bond (959802AL3) (X) | | None | | | Sold | 03/20/19 | J | | |
| 146. | | | | | | | | | |
| 147. Brokerage #1 (H) | | | | | | | | | |
| 148. UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 149. American Funds New World Fund (NFFFX) | A | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 150. American Funds Smallcap World Fund<br>(SMCFX) | A | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 151. Artisan International Value Fund (APDKX) | A | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 152. Cohen & Steers Global Realty Fund<br>(CSSPX) | B | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 153. Columbia Contrarian Core Fund (SMGIX) | | None | | | Buy<br>(add'l) | 01/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 02/22/19 | K | A | |
| 155. Jensen Quality Growth Fund (JENIX) | A | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 156. JP Morgan Equity Income Fund (HLIEX) | B | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 157. JP Morgan Largecap Growth Fund<br>(SEEGX) | D | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 158. Metropolitan West Total Return Bond Fund<br>(MWTIX) | B | Dividend | L | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 159. | | | | | Buy<br>(add'l) | 02/22/19 | K | | |
| 160. | | | | | Sold<br>(part) | 04/23/19 | J | | |
| 161. Nuveen Invt NWQ Small Cap Value Fund<br>(NSCRX) | | None | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 162. | | | | | Sold | 02/22/19 | K | B | |
| 163. PGIM Short-Term Corporate Bond (PIFZX) | A | Dividend | L | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 164. PGIM Total Return Bond (PDBZX) | C | Dividend | J | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 165. | | | | | Sold<br>(part) | 01/24/19 | J | A | |
| 166. | | | | | Buy<br>(add'l) | 02/22/19 | K | | |
| 167. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 168. | | | | | Sold<br>(part) | 10/24/19 | J | A | |
| 169. Principal Midcap Fund (PCBIX) | A | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 170. T. Rowe Price QM US Small-Cap Growth<br>Equity Fund (PRDSX) | A | Dividend | J | T | Buy<br>(add'l) | 01/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Templeton Global Bond (TGBAX) | A | Dividend | J | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 172.  The Income Fund of America Fund (AMEFX) | B | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 173.  Thornburg Income Builder (TIBIX) | B | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 174. | | | | | | | | | |
| 175.  Trust #1 (H) | | | | | | | | | |
| 176.  American Funds American Mutual Fund (AMRFX) (X) | | None | | | Sold | 02/27/19 | M | | |
| 177.  American Funds Washington Mutual Fund (WMFFX) (X) | | None | | | Sold | 02/27/19 | M | A | |
| 178.  American Funds Capital Income Builder Fund (CAIFX) (X) | | None | | | Sold | 02/27/19 | M | C | |
| 179.  American Funds Capital World Growth & Income Fund (WGIFX) (X) | | None | | | Sold | 02/27/19 | L | A | |
| 180.  American Funds Smallcap World Fund (SMCFX) (X) | | None | | | Sold | 02/27/19 | L | A | |
| 181.  American Funds Global Balanced Fund (GBLFX) (X) | | None | | | Sold | 02/27/19 | L | C | |
| 182.  Blackrock Floating Rate Fund (BFRIX) (X) | A | Dividend | | | Sold | 02/27/19 | J | | |
| 183.  Blackrock Multi-Asset Income Fund (BIICX) (X) | A | Dividend | | | Sold | 02/27/19 | J | A | |
| 184.  Brighthouse Financial Stock (BHF) (X) | | None | | | Sold | 02/26/19 | J | | |
| 185.  Columbia Contrarian Core Fund (SMGIX) (X) | | None | | | Sold | 02/27/19 | K | | |
| 186.  Coumbia Strategic Income Fund (LSIZX) (X) | | None | | | Sold | 02/27/19 | J | A | |
| 187.  Dalton OH Loc School OID Muni Bond (235631AX6) (X) | | None | | | Sold | 02/26/19 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Janus Henderson Global Income Fund (HFQAX) (X) | | None | | | Sold | 02/27/19 | J | | |
| 189. JP Morgan Income Builder (JNBSX) (X) | A | Dividend | | | Sold | 02/27/19 | L | B | |
| 190. Metlife Stock (MET) (X) | | None | | | Sold | 02/26/19 | J | | |
| 191. Metropolitan West Total Return Bond Fund (MWTIX) (X) | A | Dividend | | | Sold | 02/27/19 | K | A | |
| 192. Nuveen Enhanced Muni Fund (NEA) (X) | | None | | | Sold | 02/26/19 | K | A | |
| 193. Ohio St Univ Gen Rcpts Muni Bond (677632A50) (X) | | None | | | Sold | 02/26/19 | L | A | |
| 194. PGIM Total Return Bond (PDBZX) | A | Dividend | | | Sold | 02/27/19 | K | A | |
| 195. American Funds Income Fund of America Fund (AMEFX) (X) | | None | | | Sold | 02/27/19 | M | | |
| 196. UBS Bank USA Dep Acct (X) | A | Interest | | | Sold | 12/23/19 | J | A | |
| 197. UBS Select Treasury Institutional Money Market Fund (SETXX) | D | Dividend | | | Buy | 02/28/19 | P1 | | |
| 198. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 199. | | | | | Buy (add'l) | 05/16/19 | M | | |
| 200. | | | | | Sold | 06/12/19 | P1 | A | |
| 201. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gaughan, Patricia A.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 196: Assets were in a trust account and the proceeds were distributed to the beneficiaries in 2019. As of December 2019, the account only held cash, and the final distribution was made 12/23/2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Gaughan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544